PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THERESA HAWN, *et al.*, | ) |
| | ) CASE NO.  4:22-CV-1337 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| BAJCO 100, LLC, *et al.*, | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendants. | ) [Regarding ECF No. 84] |

The parties jointly stipulate to dismiss the action without prejudice, each party to bear its own costs and fees.  ECF No. 84.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the matter is so dismissed.  Accordingly, the status conference set for Monday October 23, 2023, is cancelled.

IT IS SO ORDERED.

October 19, 2023  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
  United States District Judge